UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Michael A. Johnson II

Write the full name of each plaintiff.

-against-

New York State Governor Office
New York City Hall, Mayor Office
New York City Police dept.

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

**19 CV 8745**

_____CV_____

(Include case number if one has been
assigned)

## COMPLAINT

Do you want a jury trial?
☑ Yes   ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑   **Federal Question**

☐   **Diversity of Citizenship**

### A.   If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_Please See attach paper's_

### B.   If you checked Diversity of Citizenship

#### 1.   Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _Michael A. Johnson II_ , is a citizen of the State of
(Plaintiff's name)

(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____ .

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _See attach papers_, is a citizen of the State of
  (Defendant's name)

_"same"_

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_Yes "see notes"_ .

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II.  PARTIES

## A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

_____

First Name            Middle Initial        Last Name

_____

Street Address

_____

County, City                    State            Zip Code

_____

Telephone Number                Email Address (if available)

## B.   Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

_____
First Name                         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                       State                    Zip Code

Defendant 2:

_____
First Name                         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                       State                    Zip Code

Defendant 3:

_____
First Name                         Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City                       State                    Zip Code

Defendant 4: _____

First Name                  Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                State             Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____

Date(s) of occurrence: _____

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

*Please review attach papers*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

_____

_____

_____

_____

_____

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

_____

_____

_____

_____

_____

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 9/19/19. | Michael A. Johnson |
|---|---|
| Dated | Plaintiff's Signature |

| Michael | A. | Johnson II |
|---|---|---|
| First Name | Middle Initial | Last Name |

763 Jackson Ave. 3 Apt.
Street Address

| Bronx, | N.Y. | 10456 |
|---|---|---|
| County, City | State | Zip Code |

| | |
|---|---|
| Telephone Number | Email Address (if available) |

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☑ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

 United States District Court
Southern District of New York

# Pro Se (Nonprisoner) Consent to Receive Documents Electronically

Parties who are not represented by an attorney and are not currently incarcerated may choose to receive documents in their cases electronically (by e-mail) instead of by regular mail. Receiving documents by regular mail is still an option, but if you would rather receive them only electronically, you must do the following:

1. Sign up for a PACER login and password by contacting PACER[1] at www.pacer.uscourts.gov or 1-800-676-6856;

2. Complete and sign this form.

If you consent to receive documents electronically, you will receive a Notice of Electronic Filing by e-mail each time a document is filed in your case. After receiving the notice, you are permitted one "free look" at the document by clicking on the hyperlinked document number in the e-mail.[2] Once you click the hyperlink and access the document, you may not be able to access the document for free again. After 15 days, the hyperlink will no longer provide free access. Any time that the hyperlink is accessed after the first "free look" or the 15 days, you will be asked for a PACER login and may be charged to view the document. For this reason, *you should print or save the document during the "free look" to avoid future charges.*

## IMPORTANT NOTICE

Under Rule 5 of the Federal Rules of Civil Procedure, Local Civil Rule 5.2, and the Court's Electronic Case Filing Rules & Instructions, documents may be served by electronic means. If you register for electronic service:

1. You will no longer receive documents in the mail;

2. If you do not view and download your documents during your "free look" and within 15 days of when the court sends the e-mail notice, you will be charged for looking at the documents;

3. This service does *not* allow you to electronically file your documents;

4. It will be your duty to regularly review the docket sheet of the case.[3]

---

[1] Public Access to Court Electronic Records (PACER) (www.pacer.uscourts.gov) is an electronic public access service that allows users to obtain case and docket information from federal appellate, district, and bankruptcy courts, and the PACER Case Locator over the internet.

[2] You must review the Court's actual order, decree, or judgment and not rely on the description in the email notice alone. *See* ECF Rule 4.3

[3] The docket sheet is the official record of all filings in a case. You can view the docket sheet, including images of electronically filed documents, using PACER or you can use one of the public access computers available in the Clerk's Office at the Court.

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1.  I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2.  I have established a PACER account;

3.  I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4.  I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5.  I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6.  I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

**Note:** This consent will apply to all cases that you have filed in this court, so please list all of your pending and terminated cases. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

_____
Name (Last, First, MI)

_____
Address                    City                    State                    Zip Code

_____
Telephone Number                              E-mail Address

_____
Date                                          Signature

**Return completed form to:**

Pro Se Intake Unit (Room 200)
500 Pearl Street
New York, NY 10007

2019PD012600

**MICHAEL A. JOHNSON II**

Claimant,

-against-

**NEW YORK CITY POLICE DEPARTMENT**

**NEW YORK CITY HALL MAYOR OFFICE**

**NEW YORK STATE GOVERNOR OFFICE**

DEFENDANTS,

*BUREAU INFORMATION SYSTEM*
*ROOM-1225 SOUTH*
*2019 AUG 30 P 2: 49*
*CITY OF NEW YORK*
*COMPTROLLER OFFICE*

## NOTICE OF CLAIM

**MICHAEL A. JOHNSON II, PRO-SE**     *Aug. 29, 2019.*

763 Jackson Ave.  apt. # 3

Bronx, New York 10456

Tel. 646-330-6271

Blacksuperman2@optonline.net

The City of New York Office of the Comptroller

SCOTT M. STRINGER, Comptroller

Municipal Building, One Centre Street NY, NY 10007

IN THE MATTER OF CLAIM OF

## MICHAEL A. JOHNSON II

-against-

## NYC POLICE DEPARTMENT

## CITY of NEW YORK CITY HALL

CITY OF NEW YORK COMPTROLLER OFFICE
BUREAU INFORMATION SYSTEM
ROOM 1225 SOUTH
2019 AUG 30  P 2 4

**TO:**   The City of New York Office of the Comptroller, Scott M. Stringer Municipal Building, One Centre Street, New York New York. 10007-2341

**PLEASE TAKE NOTICE** that the undersigned claimant hereby makes claim and demand against the City of New York as follows:

1. The name and post-office address of each claimant and claimants self-Pro-se attorney in claim is:   CLIENT: Mr. MICHAEL A. JOHNSON II and Pro-se attorney currently? Address 763 Jackson Ave. apt. 3 Bronx, NY 10456.

2. **THE NATURE OF THE CLAIM**:
   This is a claim for personal injuries arising out of numerous acts of assaults, battery, false arrests and imprisonment's, Denying Medical Care, excessive use of force and malicious prosecution by defendants, its agents, servants and/or employees and Third Parties agents for City and Police as well Administrations staffing. Claimant also alleges violations of His Civil Rights.

3. **THE TIME WHEN, THE PLACE WHERE AND THE MANNER IN WHICH THE CLAIM AROSE**:
   The subject incident occurred on March 27, 2019. And January 07, 2019. In Police station of the 40th on March 27, 2019. In which false arrest and thief of $500.00 dollars was taken without my receipt nor replacement. And On the date January 07, 2019. In which I had been deny complaint against individuals who assaulted myself and service dog, Defendants abusing their authority and Denying medical services in both matters herein. Defendants each made comments that One Police Plaza, had special Hate against Plaintiff and has service Dog, Harassment, Hate Crimes, Defendant Michael Johnson, was acquitted without Trial and or Hearings but why I was in Police custody they Violated and Deny my Civil Rights and Constitutional Rights.

As a direct result of the negligence and Hate Crimes, of defendant its agents, servants and/or employees, plaintiff was wrongfully arrested and caused to suffer injuries more fully described in paragraph "4" It is also claimed that the defendants were negligent in its hiring training and retention of its agents, servants third parties and/or employees in connection with incident's.

4. **THE ITEMS OF DAMAGE OR INJURIES ARE (DO NOT STATE DOLLAR AMOUNTS);**

Claimant was caused to suffer serious, severe and permanent various bodily and psychological injuries, the full extent of which are not yet known, including but not limited to the head, neck, back, shoulders and body as well safety in state of mind. Fear of general public, and Judicial members due to Police and DA Unethical Behavior and Criminal Conspiracy.

Dated; New York, New York

   August 28, 2019.               Pro-se Attorney is _____

                                      Mr. MICHAEL A. JOHNSON II, PRO-SE

**INDIVIDUAL VERIFICATION**

State of New York, County of New York

Michael A. Johnson II                    ss.

Being duly sworn, deposes and says that deponent is the claimant in the within action: that he has read the foregoing Notice of claim and knows the contents thereof that the same is true to deponents own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters deponent believes it to be true.

   Sworn to before me, notary.

   _____   date ___AUG 3 0 2019___

         Kenneth Cardoz
   Notary Public, State of New York
      Reg No. 04CA6351839
   Qualified in New York County
   Commission Expires December 12, 2020

## Names and Dates Occurred

    (1.)     Defendant Andrew M. Cuomo, Governor of New York State:

On August of 2019. In direct communication with executive office manager and supervisor for governor Cuomo, the individuals addressing concerns said the Governor has been made aware of the Constitutional Rights and Civil Rights, and American Disability Acts, Animal Safety violations of Laws in which Plaintiff made Complaints. (Deny Civil Rights and Constitutional Rights). PLAINTIFF FEAR FOR LIFE.

Defendants Governor Cuomo, and Official's has Deny Legal Intervention within State Authority: allowing Bias Races, False imprisonment's, Malicious Persecution's, numerous false arrests and its agents, Conspired to cause to suffer serious, severe and permanent various bodily and psychological injuries, the full extent of which are yet known, including but not limited to the head, neck, back, shoulders and body.

    (2.)     Defendants Hon: Bill De Blasio, Mayor of Mayor Deputy's New York City; Names Dean
                 Fuleihen, Alicia Glen, Herminia Palacio.

On August of 2017. In direct communication's with executives of Mayor office and Deputy Mayor's Official's therein City Hall, on numerous occurred matters of Conspiracy in concert with Criminally activity, Hate Crimes bye officials and agents and servants and/or employees excessive use force and local law enforcement DENY Civil Liberties and Constitutional Rights, abusing their authority with Criminal intent, False Arrests, False imprisonment, Malicious Prosecutions, in direct result of the negligence of Defendants, each Official's within City Hall New York.

    (3.)     Defendants Commissioner Police James P. O' Neil, Deputy's Commissioner's NYPD.
                 Mayor and Deputy Mayor and Commissioners of NYPD still Denial Services in Civil Rights,
                 Officials names Benjamin Tucker, Joseph Reznick, Edward Delatorre, Dexter Freeman,

(A.) On January 23, 2916. Thru September 11, 2019. The subject incident occurred on January 21, 2017. At approximately 2:30 pm, on 125th street. 8th Ave. on MTA transit Bus, both Plaintiff and Service Dog assaulted, hit in head with Hammer, Pounded and Kicked, was Deny Protection and Medical Aid by FDNY and Police of 28th Police Stations.  Causing Pain, suffer serious, injuries more

(B.) The subject incident occurred on August 2017. Off Duty NYPD officer White man Hate Crimes, at Best Yet Supermarket in Manhattan, NY assaulting (Plaintiff Mr. Johnson), 8th Ave. 118th street, caused harmful injury sending (Plaintiff) to Emergency Hospital with Broken eye bones, blooding, neck, arm, other injuries problems, White Officer of the 28th Police station, in Hate Crimes wrongful battery did make Races comments, (before attacking Plaintiff)


Defendant Officer saying Black mother fucker, Nigger mother fucker, I'll fuck your nigger ass up you black peace of garbage, fuck your black mother and more races statements, then said he would fuck my

black ass up when he Defendant officer get out the store, he's (Buying Beer). (Reason for Assault wouldn't tell my Disability to Defendant NYPD Officer name unknown).

(C.) Defendants MTA Police and HRA NYPD Peace Police Officers, with Chiefs of Third Parties agents under NYPD Police Commissioner(s') subject incidents occurred numerous occurrence bye each of these groups that is a direct extension of the New York Police Department and Mayor office as Corporation, Plaintiff and Service Animal, On November 2017, Bias Race, assault and Battery in HRA/HASA program, bye HRA Police Administrative, False Arrests, Malicious False Imprisonment, Malicious Prosecution, Assaulting Plaintiff, Putting him in Hospital from Excessive force and Hate Crime bye HRA/HASA Police agents of program. (Defendant its servants and/or employees Deny Claimant of his Civil Rights).

(D.) Defendants MTA NYPD Police officers and Detectives in Numerous subjects' incidents occurred on September 09, 2019. New York City Transit systems, why in station and or Bus Transit, by employees of NYPD, MTA Police Deny Services, wrongful removing Plaintiff and Medical Aid from transit Bus and or Train systems, MTA Police caused personal injuries arising out of an assault, Battery, Deny Medical care, thief of money, false arrests and imprisonment, excessive use of force, wrongful and malicious prosecution, conspired to Deny Constitutional Rights/Civil Rights and Deny American Disability Acts, by defendants, its agents, servants and/or employees. Claimant alleges of His Civil Rights.

(E.) Defendants NYPD Commissioner Office January 2016. Thru September 15, 2019. Has in numerous occurrence emailing and Telephone calls, moreover Inspectors and/or Officials statements of Hate Crimes, Bias Races, Threats False Arrests and Imprisonment, Using local District Attorneys of Two boroughs in New York City, Planning Criminal Conspiracy to Deny Civil Rights and Constitutional Rights, working with many city and state agents, servants and/or employees to Falsely Arresting many times, Deny criminal complaints in actions by individuals in Felony CRIMES, statements to Claimant of Denial acknowledgements of these violations.

By Defendant James P. O'Neil, Plaintiff many communications. to his office at 646-610-5577, Statements by staffing for Commissioner O'Neil, office personal assistants Ms. Shane Mc Allister, has made threats to Plaintiff many times and Officers and Detectives answering the main telephone in arising Hate Crimes by Commissioner James P. O'Neil. Orders to Negligent caused with full acknowledge of Violations to Claimant suffer serious, severe and permanent various bodily and psychological injuries, the full extent of which are not yet known, including but not limited to the head, neck, back, legs, shoulders and body.

(F.) Defendants Inspector's Christopher Mackintosh, Inspector Hennessey, both these chief of Precinct at stations house's 28 pct. And 40 pct. The subject's incidents occurred on each Inspectors has been personally, at their stations house's as a direct result of their negligence of defendants, its agents, servants and/or employees, Conspiracy to Deny Civil Rights, defendants both saying One Police Plaza Headquarters of James P. O'Neil, and official's has made known their conspired Parties to Denial to Police protection and Deny Bias Actions, False Arrests, Agg Harassment, Threatening Statements, because of Defendants caused to Plaintiff suffer serious, severe and permanent various bodily and psychological injuries, the full extent of which are not yet known, including but not limited to the head, neck, back, shoulders and body and Fear for Life when calling 911 for help then having Police Deny Aid,

when weapons had been used against Plaintiff and Medical Aid. Deny services by Detectives and Officers of both Stations houses. Many other Police departments around New York City?

(G.) Defendants herein are in violations of Constitutional Laws, arising from Conspiracy in State and City corruption, direct result of their Negligence and/or Imposing agents to violate and Deny civil liberties, each individual Officials, had been contacted in every legal matter, codes under law and applications into processing of High Crimes, when elected officials having acknowledgment by legal applications, in parties to Hate Crimes and False Arrests, Malicious Prosecutions, abusing authorities of official Office, Deny to addressing complaints written into State and/or City local government, also having local City agents moreover in there actions with numerous other State and City planning High Crimes under the laws.

Claimants as direct result of the negligence of Defendants disregarding malice acts in Hate Crimes although each agents, servants and/or employees, plaintiff was wrongfully arrested and caused to suffer injuries more fully described in paragraph "A-G" It is also claimed that the defendants were negligent in its hiring training and retention of its agents, servants and/or employees in connections with incidents. Because of these wrongful actions Plaintiff suffer injuries arising out of number of assaults, Battery, false arrest and imprisonment, excessive use of force and malicious prosecution by defendants, its agents, servants and/or employees, Claimant also alleges violations of his Civil Rights.

## II. PARTIES

## A. Plaintiff Information

**Provide the following information for each plaintiff named in the complaint, filing these claims. Name address and email info;**

Mr. Michael A. Johnson II.
763 Jackson Ave. 3 apt.
Bronx, New York 10456
646-330-6271 home
Email blacksuperman2@optonline.net

The City of New York Office of the Comptroller

SCOTT M. STRINGER, Comptroller

Municipal Building, One Centre Street NY, NY 10007

Complaint No.# 2019PD012600 Filed date; August 30, 2019.

IN THE MATTER OF CLAIM OF

## MICHAEL A. JOHNSON II

-against-

## NYC POLICE DEPARTMENT

## CITY of NEW YORK CITY HALL

**TO**:   The City of New York Office of the Comptroller, Scott M. Stringer Municipal Building, One Centre Street, New York New York. 10007-2341

**PLEASE TAKE NOTICE** that the undersigned claimant hereby makes claim and demand against the City of New York as follows:

1. The name and post-office address of each claimant and claimants self-Pro-se attorney in claim is:   CLIENT: Mr. MICHAEL A. JOHNSON II and Pro-se attorney currently?
Address 763 Jackson Ave. apt. 3 Bronx, NY 10456.

2. **THE NATURE OF THE CLAIM**:
This is a claim for personal injuries arising out of numerous acts of assaults, battery, false arrests and imprisonment's, Denying Medical Care, excessive use of force and malicious prosecution by defendants, its agents, servants and/or employees and Third Parties agents for City and Police as well Administrations staffing. Claimant also alleges violations of His Civil Rights.

3. **THE TIME WHEN, THE PLACE WHERE AND THE MANNER IN WHICH THE CLAIM AROSE**:
The subject incident occurred on March 27, 2019. And January 07, 2019. In Police station of the 40th on March 27, 2019. In which false arrest and thief of $500.00 dollars was taken without my receipt nor replacement. And On the date January 07, 2019. In which I had been deny complaint

State Constitutionals Laws, wit Hate Crimes, City of New York Chief Attorney Zachary Carter Esq; Commissioner Steven Bank, Dept. Comm;

Jacqueline Dudley Esq; First Dept. Comm; Annette Holmes, Chief Attorney Martha Calhoun, Officials within city hall.

Defendants of Albany NYS, State Governor Andrew Cuomo, and Officials in the Denying services in ADA violations Department of Health/Justice office of New York State Attorney General why having parties in violations Constitutional Rights and matters American Disability Acts, in Bias acts Comm; Howard Zacker PhD, Governor Officials. Names unknown shall be submitted at another time.

The defendants are a corporation and State Government Office State New York, as well Local Government Office of New York City both Corporation defendants incorporated under the laws of the State of New York State.

 And has its principal place of business in the State of New York. (Yes).

Or is incorporated under the laws of (foreign state) Local Officials and its administrations in both Governmental and agencies therein its many departments in which has been legally notification to each department.

Defendants are numerous individuals in the Corporation's and in employments and or Administrational officials therein so it would be list of over 1000 individuals. Names would be of local NYPD's and third Parties and administrative and officials in State and or City New York in the complaints, additional attachment.

## III. STATEMENT OF CLAIM

Place(s) of occurrence:  Numerous Public Locations and Police Head Quarters and Police Stations and Public Transit MTA stations, Home invasion:  The occurrence each taken place in many Public Venues around the city where officers and or Detectives has violated Discriminatory/Discriminator Acts and Constitutional Rights and American Disability Acts.

Date(s) of Occurrences:
In past in August 29, 16. One Police Plaza in First amend thru fifth amend rights, letters abusing their authority, Denying Constitutional Rights in many Public area with Denied ADA rights in each case and or Protections under laws, January 07, 2019. Police refused emergence medical services, harmed many times refused to arrest individuals in First to third degree attacks and with knifes used by individuals assaults against Plaintiff and Service Dog, with Races Bias, harassment by Police DENY arrests in each case, Police of 28th Precinct and 40th and 11th and 12th and 48th Pct., another's Police Stations.

Defendants NYPD/District Attorneys Services and involuted aiding in Hate Crimes, Discriminatory and January 21, 2017.  March 2018.  March 27, 19. Many locations deny services cases 911 calls made in locations June 16th, 2019. May 29, 2019. May 24th 19. May 01,19. April 25, 2019. November 24th, 2018. November 19, 2018. Deny Services in violations of ADA acts and or attacks by individuals and deny services NYPD.

Whereas NYPD and District Attorneys of Manhattan and Bronx, aiding in False arrests and denying constitutional Laws and Civil Rights & Liberty therein, both boroughs has been investigated bye U.S. Justice Department for acts in Unconstitutional Rights violations and Denying Basics Human Rights in many ongoing violations.

Lieutenant of Detectives and officers has DENY protection aiding with administrators of the 28 pct. Precinct has made it known that they are parties to the aggravated Harassments, Defendants Inspector, Lieutenant of detectives name un-known, Detective Grugoro, and woman Detective. Nov. 19, 2018.

Defendants have made Races comments, Disability, sexual orientation, victim status, threaten Plaintiff Denying Civil Liberty and Protections do to Federal complaint of Hate Crimes by 28 pct. Defendants made many false arrests against Plaintiff for filing complaints, getting detectives and officers in administrative disciplinary and or Fired due to Discriminator acts, Conspiracy with District Attorneys.

Defendants subject incidents occurred on Oct. 25,2018. September 29, 2018. January 07, 2019. March 27, 2019.  Inspector Hennessy, Lieutenant Johnson, of the 40th pct. Officers and Detectives of the Police Precincts of 40th and two precincts 11th and 12th district Precinct for MTA Police, 40th Police Officers did cause wrongfully DENY rights to Civil Rights and American Disability Acts. Defendant thief of Money ($500.00) dollars from Plaintiff why falsely imprisonment, causing injuries needed EMS then deny medical services, deny service dog safety under Federal Law, order from One Police Plaza Commissioner office and legal dept statement by Inspector Hennessy. Witness F.D.N.Y. Supervisor and EMS.

Defendants causing Harm, was caused to suffer serious, severe and permanent various bodily and psychological injuries, the full extent of which is are not yet known, including but not limited to the head, neck, back, hands, mouth and teeth, shoulders and body.

Plaintiff Moreover, the rights of U.S. Veteran of the Military Army, and under the Federal Title II of the Americans with Disabilities Act/ Section 504 of the Rehabilitation Act of 1973, Discrimination Complaint filed. Plaintiff is legally Trainer and handler of Service Dog. Animal has been in Public Area's and Hospital's, in State and City building, Accommodation for the General Public other venues. (Behavior very outstanding).

Defendant on subject incident occurred on March 27, 2019. 40th pct. And MTA 14th street, Police Did Falsely arrested and Deny protection of American Disability Acts by MTA Police and with Manhattan DA, also One Police Plaza in Manhattan, NY. Conspired to violated Plaintiff Civil Rights with falsely prosecution and thief of cash plaintiff had when arrested, Deny Medical care, Bronx and Manhattan Police and DA, did conspired to violate Constitutional Rights.

Defendant on subject incident occurred on August 03, 2016. And January 21, 2017. numerous dates and incidents in which criminal actives has been Deny civil rights and or assaulted by individuals in a crime(s), Inspector Mackintosh, Lieutenant Ianas, Detective Grugoro, as well others in the 28th pct.

Has made statements as well threatening comments of Denying Civil Rights and said they would NOT make NO arrests concerning crimes, closing criminal filed cases against individuals. Plaintiff filed against persons in crimes, having officers and detectives making Races remarks, many times denying arrests when crimes and discriminator acts, has lasted for years in their denying bias rights actions, injuries by officer, officer assault and Putting service Dog in harms by 28 pct. violate human rights and civil liberty.

Defendant on subject incident occurred Steven Bank Esq: Commissioner date March 03, 2014. Thru August 26, 2019. In Conspire to cover up the Malice and Races Bias, deny rights in Discriminator and Discriminatory Acts, Criminal Behavior by (CSS) employees and Misconduct by administrative, Criminal acts by (CSS) employees and third parties, HRA NYPD Peace officers, in violations against Plaintiff causing injuries, Races Bias, harming service dog, False imprisonment, excessive use of force and Malicious Prosecution by defendants its agents, violate American Disability Acts, threatening murder to Plaintiff and service animal without Just Cause, defendants violations in Constitutional Rights and Civil Rights, also alleges violation of Plaintiff Civil Rights.

Defendants as a direct of the negligence of defendant its agents, servants and/or employees and executive administration, Plaintiff was wrongfully arrested and caused to suffer injuries more fully described in paragraph "4" It is also claimed that the defendants were negligent in its hiring training and retention of its agents, servants and/or employees in connection with incidents.

INJURIES:

Plaintiff was injured as a result of these actions, and metal heart ship, stopping medical care, denying medical care, an describe Plaintiff injuries and what medical treatment, needed and required surgery not received. (Document of Medical treatment Received).

Plaintiff on numerous occur reds with the above Defendants has to do with Denial to medical care at many locations, when clearly in need for medical treatment, in many of these actions emergency care deny defendants result of negligent in denying care, injuries due to defendant dangerous actions, **malicious prosecution**, Knowing their conspiracy aiding in there wrongfully imprisonment, causing Harm, injuries, lack of medical care, interference in medical surgery, interference in Cancer treatments, medical records have been submitted or shall be if needed. Plaintiff has been Hospitalized due to defendants' physical assaults, and or aiding in individuals' assaults, and Denying Medical care when requesting complaints of Felony assaults/ EMS services.

**IV. RELIEF**

Statement of briefly what Plaintiff seeking money damages and other relief Plaintiff request the court to order.

The monetary value is most important herein this request for relief, their negligence and having full acknowledgment into Conspiracy by two or more agents and employees and more so the City Chief Administration, showing malicious and or Races Bias, Aggravated Harassment, Abusing their authority, violations in Part 100 code of

Conduct in Judicial misconduct, Judges in two borough's falsely and maliciously in Ex-Partee meetings, conspiracy to end my life so I feel the claim the sum of $ 100,000.000 dollars, Plaintiff also request the court actions under Federal laws, Penalty and Legal actions more so the Federal Rights for Constitutional violation all agents and employees and Administration, dismissal and or sanction's in monetary and or imprisonment's for the individuals having taken part in Conspired hate crimes, Discriminatory Acts and Discriminator Acts, American Disability Acts, Civil Rights, Constitutional Rights each violations has been disregarded and with aggravated negligence malice denying above Conspiracy against Plaintiff Liberty and Civil Rights.

Whereas Defendants herein date 10/25/13. has received ruling in Southern United States District Court No. 11-cv-781-RA, Hon. RONNIE ABRAMS.

**V**. See attachment to Federal Application for case Plaintiff Certification and Warnings. Shall be signed on document.

The information herein is truthful and to the best of my knowledge and as Pro-se attorney currently, I give this statement, Facts, as Court officer with the understanding I am under Oath to be truthful in the alleges and violations in Constitutional Rights and Civil Rights.