UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL A. JOHNSON II,

    Plaintiff,

-against-

NEW YORK STATE GOVERNOR OFFICE, *et al.*,

    Defendant.

19-CV-8745 (CM)

ORDER

COLLEEN McMAHON, Chief United States District Judge:

By letter dated December 20, 2019, Plaintiff requested an extension of time, until February 5, 2020, to file his amended complaint. (ECF No. 5.) He asserts that because of a medical issue, he needs additional time. For good cause shown, the Court grants Plaintiff's request to file his amended complaint on or before February 5, 2020.

SO ORDERED.

Dated:   January 3, 2020
           New York, New York

                                            COLLEEN McMAHON
                                        Chief United States District Judge