UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. JOHNSON,<br><br>                              Plaintiff,<br><br>          -against-<br><br>NEW YORK STATE GOVERNOR'S OFFICE, *et al.*,<br><br>                              Defendants. | 19-CV-8745 (LLS)<br><br>CIVIL JUDGMENT |

    Pursuant to the order issued June 25, 2020, dismissing the amended complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   June 25, 2020
           New York, New York

                                                                          Louis L. Stanton
                                                                               U.S.D.J.