UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL A. JOHNSON,<br><br>       Plaintiff,<br><br>  -against-<br><br>NEW YORK STATE GOVERNOR'S OFFICE, *et al.*,<br><br>       Defendants. | 19-CV-8745 (LLS)<br><br>ORDER |

LOUIS L. STANTON, United States District Judge:

  By order dated April 2, 2020, the Court directed Plaintiff to file a second amended complaint within sixty days. On June 25, 2020, the Court dismissed this action after Plaintiff failed to submit the required pleading. The Court is now in receipt of a letter from Plaintiff requesting an extension of time to file his second amended complaint. (ECF No. 12.) The Court grants the request and directs Plaintiff to file his second amended complaint within 30 days of the date of this order.

  The Clerk of Court is directed to vacate the order of dismissal and civil judgment (ECF Nos. 10-11) and reopen this matter.

  The Clerk of Court is also directed to mail a copy of this order to Plaintiff and note service on the docket.

Dated: August 13, 2020
    New York, New York

                      *Louis L. Stanton*
                       Louis L. Stanton
                         U.S.D.J.