UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHAEL A. JOHNSON,                              :
                                                 :
                Plaintiff,              :      19-CV-8745 (GBD) (OTW)
                                                 :
               -against-                      :      **ORDER**
                                                 :
CITY OF NEW YORK,                                :
                                                 :
                Defendant.             :
                                                 :
-------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:


The Clerk of the Court is respectfully directed to send a copy of ECF 22 to the *pro se* Plaintiff.


      **SO ORDERED.**


                                                         *s/ Ona T. Wang*

Dated: February 2, 2021                          **Ona T. Wang**
         New York, New York            United States Magistrate Judge