**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
MICHAEL A. JOHNSON,                         :
                                            :
                Plaintiff,                  :        19-CV-8745 (GBD) (OTW)
                                            :
        -against-                           :        ORDER
                                            :
CITY OF NEW YORK,                           :
                                            :
                Defendant.                  :
                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The status conference scheduled for July 21, 2021 at 2:30 P.M. is rescheduled for July 22, 2021 at 11:30 A.M. The dial in information is the same: (866) 390-1828, access code 1582687. Defendant is directed to notify Plaintiff of the scheduling change as soon as possible.

The Clerk of Court is also directed to mail a copy of this order to *pro se* Plaintiff.

**SO ORDERED.**

Dated: July 21, 2021
    New York, New York

    _s/ Ona T. Wang_
    **Ona T. Wang**
    United States Magistrate Judge