**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
MICHAEL A. JOHNSON,

                Plaintiff,                      19-cv-8745 (GBD) (OTW)

       -against-                         **ORDER**

CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court will hold a status conference in this matter on **Wednesday, March 30, 2022 at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The discovery deadline is extended to **April 15, 2022**. The Clerk of Court is directed to mail a copy of the order to the *pro se* Plaintiff.

SO ORDERED.

Dated: February 17, 2022
       New York, New York

                                          *s/ Ona T. Wang*
                                            **Ona T. Wang**
                                 United States Magistrate Judge