UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MICHAEL A. JOHNSON,

                    Plaintiff,                              19-cv-8745 (GBD) (OTW)

       -against-                                  **ORDER**

CITY OF NEW YORK,

                    Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Thursday, May 12, 2022 status conference is hereby adjourned to **Wednesday, May 25, 2022 at 2:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Defense counsel shall file a status letter after meeting and conferring with Plaintiff at least two days before the status conference.

The Clerk of Court is directed to mail a copy of the order to the *pro se* Plaintiff.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: May 10, 2022                                         **Ona T. Wang**
      New York, New York                      United States Magistrate Judge