UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHAEL A. JOHNSON,

          Plaintiff,

          -against-

CITY OF NEW YORK,

          Defendant.

-------------------------------------------------------------x

19-CV-8745 (GBD) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Pursuant to rulings made at the May 25, 2022 status conference, Defendants shall produce the HRA documents to *pro se* Plaintiff by **July 15, 2022**. *Pro se* Plaintiff shall provide to Defendants by **May 27, 2022** the dates of conversations with current and former City employees that he believes were recorded, and the names of those employees. Defendants shall undertake a search for records of these conversations.

The parties shall file a joint status letter by **July 15, 2022**, informing the Court of discovery developments, any efforts towards settlement, and whether they believe a status conference will be productive in resolving any outstanding disputes.

The fact discovery deadline is extended to July 29, 2022. Defense counsel is requested to order copies of the transcript of the May 25, 2022 status conference and to send a copy to *pro se* Plaintiff.

The Clerk of Court is respectfully directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

Dated: May 25, 2022
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge