UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MICHAEL A. JOHNSON,

                Plaintiff,                19-cv-8745 (GBD) (OTW)

      -against-                        **ORDER**

CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

On August 5, 2022, *pro se* Plaintiff contacted the Court and indicated, *inter alia*, that his address is no longer correct. Plaintiff has since filed an updated address with the Court. *See* ECF 72. Plaintiff is reminded that he is required to keep his contact information updated in a timely manner. In light of ECF Nos. 72 and 73, it does not appear that Plaintiff has complied with the directives made at the in-person status conference on May 25, 2022 (*see* ECF 69) and ECF 71.

Accordingly, the Court extends Plaintiff's time to respond to ECF 71 by **September 30, 2022**. Plaintiff is directed to sign up for e-filing with the Court if he is able to, with instructions available at https://www.nysd.uscourts.gov/prose.

Counsel for Defendant is directed to serve a copy of this Order on the *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

                                                *s/ Ona T. Wang*

Dated: August 5, 2022                                **Ona T. Wang**
       New York, New York                 United States Magistrate Judge