**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| MICHAEL A. JOHNSON, | : | |
| | : | |
| Plaintiff, | : | 19-cv-8745 (GBD) (OTW) |
| | : | |
| -against- | : | **ORDER** |
| | : | |
| CITY OF NEW YORK, | : | |
| | : | |
| Defendant. | : | |
| | : | |

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on January 24, 2023. Pursuant to rulings made on the record at the status conference, counsel for Defendants shall produce to Plaintiff the documents discussed at the January 24 status conference on a rolling basis. The parties shall file a joint status letter by **March 3, 2023**, reporting on the status of discovery produced to date and any outstanding items. The parties are directed to refer to the transcript of the January 24, 2023 status conference for additional detail regarding the Court's rulings.

The Court will hold a status conference in this matter on **March 15, 2023, at 11:30 a.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The fact discovery deadline is extended to March 15, 2023.

Counsel for Defendants is directed to serve a copy of this Order on the *pro se* Plaintiff.

**SO ORDERED.**

_s/ Ona T. Wang_

Dated: January 24, 2023                                        **Ona T. Wang**
New York, New York                                   United States Magistrate Judge