UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
MICHAEL A. JOHNSON,

                Plaintiff,                19-cv-8745 (GBD) (OTW)

        -against-                      **ORDER**

CITY OF NEW YORK,

                Defendant.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on March 15, 2023.

Pursuant to rulings made on the record at the status conference, Plaintiff shall file his anticipated motion to compel regarding his outstanding discovery requests by April 5, 2023. Defendant's opposition is due May 5, 2023. Plaintiff's reply is due May 26, 2023.

The fact discovery deadline is extended to June 16, 2023.

The Court will hold a Pre-Settlement Conference Call **with Plaintiff only** on **April 20, 2023 at 10:30 a.m.** The dial in information is (866) 390-1828, access code 1582687.

The parties are directed to refer to the transcript of the March 15, 2023, status conference for greater detail on the Court's rulings.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: March 15, 2023                             **Ona T. Wang**
       New York, New York                 United States Magistrate Judge