UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
MICHAEL A. JOHNSON,                                        :
:
                Plaintiff,              :        19-cv-8745 (GBD) (OTW)
:
       -against-                                        :        **ORDER**
:
CITY OF NEW YORK,                                          :
:
                Defendant.              :
:
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

Defendant shall file a response to ECF 88 by April 28, 2023.

**SO ORDERED.**

                                                            *s/ Ona T. Wang*

Dated: April 17, 2023                                      **Ona T. Wang**
      New York, New York                        United States Magistrate Judge