UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
:
MICHAEL A. JOHNSON, :
:
              Plaintiff, :      19-cv-8745 (GBD) (OTW)
:
     -against- :      **ORDER**
:
CITY OF NEW YORK, :
:
              Defendant. :
:
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of Defendants' letter requesting a settlement conference or, alternatively, an extension of the fact discovery deadline. (ECF 95). *Pro se* Plaintiff is directed to file a letter on the docket **by Friday, August 4, 2023**, indicating whether he prefers to discuss settlement in the coming weeks, or whether he prefers to continue litigating this case.

It has further come to the Court's attention that Plaintiff has called Chambers multiple times, and represents that he has also emailed the Court.[1] Plaintiff is directed to follow my Individual Practices and make future requests on the docket.

The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: July 17, 2023
       New York, New York

                                                            *s/ Ona T. Wang*
                                                               **Ona T. Wang**
                                                         United States Magistrate Judge

---

[1] Defendants' letter cites "various e-mails Plaintiff has sent to chambers" (ECF 95), which the Court has not received.