UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL A. JOHNSON,

                Plaintiff,                              19-cv-8745 (GBD) (OTW)

        -against-                                  **ORDER**

CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of *pro se* Plaintiff's letter requesting an extension of the fact discovery deadline to September 1, 2023, in lieu of a settlement conference. (ECF 97). The parties' motion to extend discovery to **Friday, September 1, 2023**, is hereby **GRANTED**.

The parties are directed to file separate letters on the docket **by Friday, August 25, 2023**, updating the Court on the status of discovery, including what discovery has been completed and what remains outstanding.

The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: July 24, 2023                                              *s/ Ona T. Wang*
       New York, New York                                **Ona T. Wang**
                                                         United States Magistrate Judge