UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

MICHAEL A. JOHNSON,

                Plaintiff,                                19-cv-8745 (GBD) (OTW)

         -against-                                    **ORDER**

CITY OF NEW YORK,

                Defendant.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of *pro se* Plaintiff's letter. (ECF 102). Plaintiff's request for an extension is **GRANTED**. Plaintiff is directed to file a new letter, as directed in the Court's August 17, 2023, Order (ECF 100), **no later than** Friday, September 15, 2023.

The Clerk of Court is directed to mail a copy of this Order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: September 12, 2023
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge