**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
MICHAEL A. JOHNSON,

                         Plaintiff,                                  19-cv-8745 (GBD) (OTW)

           -against-                                        **ORDER**

CITY OF NEW YORK, ET AL.,

                        Defendants.
-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court held a status conference in this matter on September 19, 2023. As discussed at the conference, Defendants are directed to file a status letter on the docket **by Friday, November 17, 2023**. In this letter, Defendants will address: (1) whether Defendants have provided to *pro se* Plaintiff unredacted copies of Bates-stamped documents numbered 622-696, and (2) Defendants' investigation into the identity of the "FDNY witness" at the time of Plaintiff's arrest. The deadline for document discovery is **Friday, November 17, 2023**.

The parties are directed to refer to the transcript of the September 19, 2023, conference for greater detail on the Court's rulings.

The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

**SO ORDERED.**

                                                                  *s/ Ona T. Wang*

Dated: September 19, 2023                                      **Ona T. Wang**
         New York, New York                         United States Magistrate Judge