UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
:
MICHAEL A. JOHNSON,
:
:
                Plaintiff,       :      19-cv-8745 (GBD) (OTW)
:
        -against-        :      **ORDER**
:
CITY OF NEW YORK, ET AL.,
:
:
                Defendants.   :

-----------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

        The Court held a status conference in this matter on March 19, 2024. As discussed at the conference, the fact discovery deadline is **EXTENDED** to **June 26, 2024**. Incoming defense counsel is directed to file a notice of appearance **by April 18, 2024**.

        Defense counsel has represented that it has been pursuing records from the FNDY but has not received responsive documents or a status update since FDNY confirmed it had received the request in December 2023. FDNY is directed to respond to defense counsel's request **by April 18, 2024**.

        The Clerk of Court is respectfully directed to serve a copy of this Order on *pro se* Plaintiff.

        **SO ORDERED.**

                                                                                         */s/ Ona T. Wang*

Dated: March 19, 2024                                                 **Ona T. Wang**
       New York, New York                                 United States Magistrate Judge