UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
MICHAEL A. JOHNSON,

                             Plaintiff,                             19-cv-8745 (GBD) (OTW)

              -against-                               **ORDER**

CITY OF NEW YORK, et al.,

                            Defendants.
------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 129. Accordingly, it is ordered that:

- Defendants' motion for summary judgment is due **September 2, 2024**;

- Plaintiff's opposition is due **October 2, 2024**; and

- Defendants' reply is due **October 16, 2024**.

It is further ordered that the deadline to submit a proposed joint pretrial order is stayed until thirty (30) days after the Court rules on Defendants' motion for summary judgment.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff and file proof of service on the docket.

The Clerk of Court is respectfully directed to close ECF 129.

**SO ORDERED.**

                                                    *s/ Ona T. Wang*

Dated: August 14, 2024                              **Ona T. Wang**
      New York, New York                     United States Magistrate Judge