**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MICHAEL A. JOHNSON,

                      Plaintiff,                                19-cv-8745 (GBD) (OTW)

            -against-                                <u>**ORDER**</u>

CITY OF NEW YORK, et al.,

                      Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 147. Accordingly, it is ordered that:

- Plaintiff's opposition to Defendants' motion for summary judgment is due **January 16, 2025**; and

- Defendants' reply is due **January 30, 2025**.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated: December 9, 2024                                          *s/ Ona T. Wang*
        New York, New York                                    **Ona T. Wang**
                                                  United States Magistrate Judge