**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MICHAEL A. JOHNSON,

                          Plaintiff,                          19-cv-8745 (GBD) (OTW)

            -against-                          **ORDER**

CITY OF NEW YORK, et al.,

                          Defendants.

------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 150. Accordingly, it is ordered that:

- Plaintiff's opposition to Defendants' motion for summary judgment is due **February 4, 2025**; and

- Defendants' reply is due **February 11, 2025**.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated: January 22, 2025
New York, New York

                                                         *s/ Ona T. Wang*
                                                           **Ona T. Wang**
                                           United States Magistrate Judge