**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

MICHAEL A. JOHNSON,

                Plaintiff,

        -against-

CITY OF NEW YORK, et al.,

                Defendants.

------------------------------------------------------------x

19-cv-8745 (GBD) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court is in receipt of ECF 154. Accordingly, it is ordered that:

- Plaintiff may submit additional materials in support of his opposition to Defendants' motion for summary judgment by **February 18, 2025**; and

- Defendants' reply is due **February 25, 2025**.

Counsel for Defendants is directed to serve a copy of this Order on *pro se* Plaintiff and file proof of service on the docket.

**SO ORDERED.**

Dated: February 4, 2025
New York, New York

                                                    *s/ Ona T. Wang*
                                                      **Ona T. Wang**
                                              United States Magistrate Judge