UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

MICHAEL JOHNSON,

                    Plaintiff,

    -against-

CITY OF NEW YORK, DEXTER FREEMAN, ARRIET BURKE, ALEXIS RODRIGUEZ, NANCY COLEMAN, and WENDELL WRIGHT,

                  Defendants.

------------------------------------------x

MEMORANDUM DECISION AND ORDER

19 Civ. 08745 (GBD) (OTW)

GEORGE B. DANIELS, United States District Judge:

    This Court is in receipt of Plaintiff's request for an extension of time to object to Magistrate Judge Wang's Report and Recommendation. (ECF No. 164.) Plaintiff's request for an extension is GRANTED to the extent that Plaintiff's objections are due on or before September 29, 2025.

Dated: September 22, 2025
      New York, New York

                                    SO ORDERED.

                                    *George B. Daniels*
                                    GEORGE B. DANIELS
                                    United States District Judge