## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
MICHAEL JOHNSON,

                Plaintiff,                    19 **CIVIL** 8745 (GBD) (OTW)

    -against-                            **JUDGMENT**

CITY OF NEW YORK, DEXTER FREEMAN, ARRIET BURKE, ALEXIS RODRIGUEZ, NANCY COLEMAN, and WENDELL WRIGHT,

                Defendants.
------------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision & Order dated September 30, 2025, Magistrate Judge Wang's Report recommending dismissal is ADOPTED. Magistrate Judge Wang's recommendation not to dismiss the excessive force claim is REJECTED. Defendants' motion for summary judgment is GRANTED as to all claims; accordingly, the case is closed.

**Dated:** New York, New York

    September 30, 2025

                                      **TAMMI M. HELLWIG**
                                         **Clerk of Court**

                BY:
                                         **Deputy Clerk**