**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MICHAEL JOHNSON,                                       :

                              Plaintiff,               :

                                                       :

        -against-                                      :                    ORDER

                                                       :

CITY OF NEW YORK, DEXTER FREEMAN, ARRIET :              19 Civ. 8745 (GBD) (OTW)
BURKE, ALEXIS RODRIGUEZ, NANCY COLEMAN, :
and WENDELL WRIGHT,                                     :

                                                       :

                              Defendants.              :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

On September 30, 2025, this Court issued a Memorandum Decision and Order dismissing

Plaintiff's case. (ECF No. 168.)  On November 7, 2025, Plaintiff filed an untimely motion for

extension of time to file a notice of appeal. (ECF No. 170.)

Plaintiff's motion indicated no legitimate reason why his notice of appeal was not filed

timely. Plaintiff's stated reasons were:

> Plaintiff submit medical letters, police contact of crime
> against Plaintiff plus no respond by legal services, request review of
> medical concern's for Extension of time.

*Id.* This does not constitute excusable neglect or good cause for failing to timely file a notice of

appeal.

Plaintiff's motion for extension of time to file a notice of appeal is denied.


Dated: New York, New York
       February 12, 2026

                                                SO ORDERED.

                                                *George B. Daniels*
                                                GEORGE B. DANIELS
                                                United States District Judge